THE PEOPLE ex rel. PATRICK McNULTY, Plaintiff, *v.* WILLIAM S. ANDREWS, as Commissioner of Street Cleaning, Defendant.

APPEAL from order of Special Term.
For opinion below, see 9 Misc. Rep. 569.

*Alfred & Charles Steckler,* for plaintiff.

*William H. Clark,* for defendant.

*Per Curiam.* For the reasons set forth in the opinion of the court below, the order is affirmed, with fifty dollars costs and disbursements.

Present: FREEDMAN and GILDERSLEEVE, JJ.
Order affirmed, with costs..